# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SARAH J. HUNTER and DAVID N. YOUTZ**, on behalf of themselves and all others similarly situated, : : : | |
| : | Case No. 2:19-CV-00411 |
| Plaintiffs, : : | Chief Judge Algenon L. Marbley |
| v. : : | Magistrate Judge Chelsey M. Vascura |
| **BOOZ ALLEN HAMILTON HOLDING CORPORATION,** *et al.*, : : : | |
| Defendants. : | |

## MOTION OF DEFENDANTS FOR AN ORDER PERMANENTLY SEALING EXHIBITS TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT REPORT OF CHRISTOPHER YUKINS

Pursuant to this Court's June 11, 2021 Order on Plaintiffs' Motion for Leave to File Motion to Exclude Report of Christopher Yukins Under Temporary Seal (ECF No. 148), Defendants Booz Allen Hamilton Inc. ("Booz Allen"), Mission Essential Personnel, LLC ("ME"), CACI International, Inc., and CACI Technologies, LLC (together, "CACI") (collectively "Defendants") hereby move the Court for an order requiring Plaintiffs to file under seal certain information contained in three documents that Plaintiffs have indicated will be filed as exhibits to their forthcoming Motion to Exclude Expert Report of Christopher Yukins ("Motion to Exclude"): (1) the Expert Report of Christopher Yukins; (2) an excerpt of the Deposition Transcript of CACI 30(b)(6) Witness Anthony Crawford (attached hereto as Exhibit A); and (3) an excerpt of the Deposition Transcript of Anna Hunt (attached hereto as Exhibit B). Defendants also request that

this Court order Plaintiffs to file a redacted version of their Motion to Exclude consistent with the redactions requested in this Motion.

As set forth in the attached Memorandum in Support, the proposed redactions to the Expert Report of Christopher Yukins requested in this Motion are identical to those previously submitted to and ruled upon by the Court as part of the parties' cross-motions to permanently seal or redact the briefs and various exhibits in relation to Plaintiffs' Motion for Class Certification. *See* June 11, 2021 Order, ECF No. 147 ("Class Certification Sealing Order").  Moreover, the information that Defendants propose to redact in the excerpts of the Crawford and Hunt deposition transcripts fall squarely within the categories of sensitive and proprietary information that the Court found should be shielded from public access in its Class Certification Sealing Order.

This Motion is based on the accompanying Memorandum in Support and attached exhibits, the parties' prior briefing and submissions for the cross-motions to permanently seal or redact the briefs and various exhibits in relation to Plaintiffs' Motion for Class Certification, and this Court's June 11, 2021 Class Certification Sealing Order.

Respectfully submitted,

/s/ William G. Porter
William G. Porter (0017296), Trial Attorney
Kimberly Weber Herlihy (0068668)
Kara M. Mundy (0091146)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Tel: (614) 464-6400
Fax: (614) 464-6350
Email: wgporter@vorys.com
       kwherlihy@vorys.com
       kmmundy@vorys.com

David A. Higbee *(Pro Hac Vice)*
Todd Stenerson *(Pro Hac Vice)*
Adam Schwartz *(Pro Hac Vice)*
Rachel Mossman *(Pro Hac Vice)*
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004-2128
Tel: (202) 508-8000
Fax: (202) 508-8100
david.higbee@shearman.com
todd.stenerson@shearman.com
adam.schwartz@shearman.com
rachel.mossman@shearman.com

*Attorneys for Defendant*
*Booz Allen Hamilton Inc.*

/s/ Robert F. Ware
Robert F. Ware (0055515), Trial Attorney
*Rob.Ware@ThompsonHine.com*
Mark R. Butscha, Jr. (0088854)
*Mark.Butscha@ThompsonHine.com*
Caitlin R. Thomas (0093857)
*Caitlin.Thomas@ThompsonHine.com*
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 566-5500
Fax: (216) 566-5800

Anthony C. White (0062146)
Anthony.White@ThompsonHine.com
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215-6101
Telephone: (614) 469-3235
Fax: (614) 469-3361

*Attorneys for Defendant*
*Mission Essential Personnel, LLC*

3

/s/ Joseph C. Weinstein
Joseph C. Weinstein (0023504),
Trial Attorney
*joseph.weinstein@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479 8500
Facsimile: (216) 479 8780

Aneca E. Lasley (0072366)
*aneca.lasley@squirepb.com*
Jeffrey M. Walker (0096567)
*jeffrey.walker@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499

***Attorneys for Defendants,
CACI International, Inc. and CACI
Technologies, LLC (separately and as
successor to CACI Technologies, Inc.)***

+9

## **MEMORANDUM IN SUPPORT**

On June 16, 2021, pursuant to this Court's Order on Plaintiffs' Motion for Leave to File Motion to Exclude Report of Christopher Yukins Under Temporary Seal (ECF No. 148), Plaintiffs identified for Defendants Booz Allen Hamilton Inc. ("Booz Allen"), Mission Essential Personnel, LLC ("ME"), CACI International, Inc., and CACI Technologies, LLC (together, "CACI") (collectively "Defendants") the materials designated as Confidential or Highly Confidential that Plaintiffs intend to file in support of their forthcoming motion to exclude the Report of Christopher Yukins. Of the nine materials Plaintiffs identified, Defendants request that the Court order Plaintiffs to file under seal certain sensitive and proprietary information contained in three documents: (1) the Expert Report of Christopher Yukins; (2) an excerpt of the Deposition Transcript of CACI 30(b)(6) Witness Anthony Crawford (attached hereto as Exhibit A); and (3) an excerpt of the Deposition Transcript of Anna Hunt (attached hereto as Exhibit B).[1]

The information that Defendants seek to redact in these three documents directly overlaps with the documents and issues addressed in the extensive prior briefing of the parties' cross-motions to permanently seal or redact the briefs and various exhibits in relation to Plaintiffs' Motion for Class Certification. *See* ECF Nos. 129 through 143-2. The proposed redactions here also fall squarely within the categories of sensitive and confidential information that this Court previously found should be shielded from public access in its June 11, 2021 Class Certification Sealing Order (ECF No. 147).[2]

---

[1] To aid the Court's review of Defendants proposed redactions, Defendants have highlighted in yellow their proposed redactions to Exhibits A and B attached hereto.

[2] As a result of this direct overlap with the prior cross-motions to seal, and in an effort to promote judicial efficiency, Defendants incorporate by reference the legal and factual arguments from their prior briefing submitted in support of Defendants' motion to permanently seal or redact the briefs

In fact, the Yukins Report was submitted to this Court as part of Defendants' prior sealing motion, *see* ECF No. 141-9, and it is subject to the Court's June 11, 2021 Class Certification Sealing Order.  As discussed in Defendants' prior sealing motion, certain statements in the Yukins report should be redacted because they contain non-public information about Defendants' government contracts.  *See* ECF No. 129 at 33.  Defendants have reviewed their prior proposed redactions to the Yukins Report and, in accordance with the Court's Class Certification Sealing Order (ECF No. 147), will be filing an identical redacted version of the Yukins Report on July 12, 2021, just three business days after the briefing of the instant Motion is completed.  Accordingly, Defendants request that the Court require Plaintiffs to file a redacted version of the Yukins Report in support of their motion to exclude the Report of Christopher Yukins that mirrors the one Defendants file on July 12, 2021.

For the second document, the excerpt of the Anthony Crawford Deposition Transcript (Exhibit A), Defendants seek only to redact the name of an absent class member, which is sensitive information that the parties agree and that this Court has found should be sealed from public access.[3]  *See* Class Certification Sealing Order, ECF No. 147, at 2-3; s*ee also* Plaintiffs' Motion to Seal, ECF No. 140, at 3-6; Defendants' Motion to Seal, ECF No. 129, at 23-25, 32-33.  Indeed, the name of the absent class member that Defendants request be redacted here was also redacted from the excerpt of the Anthony Crawford Deposition Transcript submitted with the prior cross-motions to permanently seal or redact materials related to Plaintiffs' Motion for Class Certification.  *See* Exhibit 30, ECF No. 139-13.  As the Court explained in its decision regarding

---

and various exhibits in relation to Plaintiffs' Motion for Class Certification.  *See* ECF Nos. 129, 129-1, 136, and 139.

[3] Plaintiffs have indicated that they do not oppose the proposed redactions of the absent class member's name in Exhibit A.

2

the cross-motions, "[t]he absent class members' and job applicants' privacy interests . . . outweigh the 'public's strong interest in obtaining the information contained in the court record.'" *See* Class Certification Sealing Order, ECF No. 147 at 2 (*quoting Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1180 (6th Cir. 1983)).

Finally, for the excerpt of the Anna Hunt Deposition Transcript (Exhibit B), Defendants seek to redact non-public information about ME's government contracts and its execution strategies thereunder, which also falls squarely within the types of information this Court has found should be sealed from public access. *See* Class Certification Sealing Order, ECF No. 147, at 2-3. In fact, the information that Defendants request be redacted here – specific information about the number of ME employees staffed under its government contracts – was also redacted from the excerpt of the Anna Hunt Deposition Transcript submitted with Defendants' motion to permanently seal or redact materials related to Plaintiffs' Motion for Class Certification. *See* ECF No. 136-15. Information in government contracting documents, including staffing information, is not public and is competitively sensitive because it demonstrates a company's solution for performing service contracts. Disclosure of such information would provide competitors with an inside look at ME's contract execution strategies and with non-public information regarding the scope of ME's work at Molesworth. Courts, including this one, regularly find that such information should be sealed. *Int'l Bhd. of Teamsters, Airline Div. v. Alaska Air Grp.*, No. C17-1327-MJP, 2018 U.S. Dist. LEXIS 101409, at *2 (W.D. Wash. June 18, 2018) (sealing documents setting forth "staffing and labor relations decisions and strategy. . . operational methods, strategies, and decisions"); Class Certification Sealing Order, ECF No. 147 at 3 (citing *Ethicon Endo-Surgery, Inc. v. Covidien, Inc.*, No. 1:11-cv-871, 2017 U.S. Dist. LEXIS 152588, at *8 (S.D. Ohio Sep. 20, 2017)).

3

For the foregoing reasons, Defendants respectfully request that the Court enter an order requiring Plaintiffs to file redacted versions of three of the documents that Plaintiffs have indicated will be filed as exhibits to their Motion to Exclude. Defendants also request that this Court order the Plaintiffs to file a redacted version of their Motion to Exclude consistent with the redactions requested in this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ William G. Porter | /s/ Robert F. Ware |
| William G. Porter (0017296), Trial Attorney | Robert F. Ware (0055515), Trial Attorney |
| Kimberly Weber Herlihy (0068668) | Rob.Ware@ThompsonHine.com |
| Kara M. Mundy (0091146) | Mark R. Butscha, Jr. (0088854) |
| VORYS, SATER, SEYMOUR AND PEASE LLP | Mark.Butscha@ThompsonHine.com |
| 52 East Gay Street, P.O. Box 1008 | Caitlin R. Thomas (0093857) |
| Columbus, Ohio 43216-1008 | Caitlin.Thomas@ThompsonHine.com |
| Tel:   (614) 464-6400 | THOMPSON HINE LLP |
| Fax:   (614) 464-6350 | 3900 Key Center |
| Email: wgporter@vorys.com | 127 Public Square |
|             kwherlihy@vorys.com | Cleveland, Ohio 44114 |
|             kmmundy@vorys.com | Telephone:  (216) 566-5500 |
| | Fax:  (216) 566-5800 |
| David A. Higbee *(Pro Hac Vice)* | Anthony C. White (0062146) |
| Todd M. Stenerson *(Pro Hac Vice)* | Anthony.White@ThompsonHine.com |
| Adam Schwartz *(Pro Hac Vice)* | THOMPSON HINE LLP |
| Rachel Mossman *(Pro Hac Vice)* | 41 South High Street, Suite 1700 |
| SHEARMAN & STERLING LLP | Columbus, Ohio  43215-6101 |
| 401 9th Street, NW, Suite 800 | Telephone:  (614) 469-3235 |
| Washington, DC 20004-2128 | Fax:  (614) 469-3361 |
| Tel:      (202) 508-8000 | |
| Fax:     (202) 508-8100 | *Attorneys for Defendant* |
| david.higbee@shearman.com | *Mission Essential Personnel, LLC* |
| todd.stenerson@shearman.com | |
| adam.schwartz@shearman.com | |
| rachel.mossman@shearman.com | |

*Attorneys for Defendant*
*Booz Allen Hamilton Inc.*

4

/s/ Joseph C. Weinstein
Joseph C. Weinstein (0023504),
Trial Attorney
*joseph.weinstein@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
Telephone: (216) 479 8500
Facsimile: (216) 479 8780

Aneca E. Lasley (0072366)
*aneca.lasley@squirepb.com*
Jeffrey M. Walker (0096567)
*jeffrey.walker@squirepb.com*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2700
Facsimile: (614) 365-2499

***Attorneys for Defendants,
CACI International, Inc. and CACI
Technologies, LLC (separately and as
successor to CACI Technologies, Inc.)***

5

## **CERTIFICATE OF SERVICE**

  A copy of the foregoing was filed electronically with the Court this 23rd day of May, 2021. Service will be made by the Court's electronic notification system, and all parties may access this filing through the Court's system.

            /s/ Caitlin R. Thomas
            Caitlin R. Thomas (0093857)