## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SARAH J. HUNTER and DAVID N. YOUTZ, on behalf of themselves and all others similarly situated, | :<br>:<br>:<br>:  Case No. 2:19-cv-411 |
| Plaintiffs, | :<br>:  CHIEF JUDGE ALGENON L. MARBLEY |
| v. | :<br>:  Magistrate Judge Vascura |
| | : |
| BOOZ ALLEN HAMILTON HOLDING CORPORATION, *et al.*, | :<br>: |
| | : |
| Defendants. | :<br>: |

## ORDER

This matter is before the Court on Defendant Booz Allen Hamilton Inc.'s ("Booz Allen")

Unopposed Motion for Clerk's Report on Access. (ECF No. 181). On October 19, 2021, the

Magistrate Judge granted the parties' Joint Motion to Seal (ECF No. 169), affording them leave to

file their respective summary judgement and *Daubert* motions under a temporary seal. (*See* ECF

No. 171). In accordance with that Order, on September 22, 2021, Defendant Booz Allen filed a

Motion to Exclude the Opinions and Testimony of Dr. Phillip Johnson. (ECF No. 174). However,

that Motion was inadvertently filed publicly rather than under seal. While the document is now

under seal, there was a brief period where the Motion and accompanying exhibits were publicly

available. In an effort to protect their confidential information contained therein, Booze Allen now

asks this Court to provide its report detailing docket activity from September 22, 2021 at 10:56

PM to September 23, 2021 at 5:58 AM. Plaintiffs do not oppose the Motion.

Upon consideration of the request and for good cause shown, Booz Allen's Motion (ECF No. 181) is **GRANTED**. This Court will disseminate the requested report to the parties on September 24, 2021.

        **IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: September 24, 2021**

2