# Exhibit 93

FILED UNDER SEAL

```
1              UNITED STATES DISTRICT COURT
2               SOUTHERN DISTRICT OF OHIO
3                   EASTERN DIVISION
4
5    SARAH J. HUNTER AND DAVID N.
6    YOUTZ, ON BEHALF OF THEMSELVES
7    AND ALL OTHERS SIMILARLY
8    SITUATED,
9           PLAINTIFFS,
10       vs.                              NO. 2:19-CV-00411
11   BOOZ ALLEN HAMILTON, INC.,
12   ET AL.,
13          DEFENDANTS.
14   _____/
15
16       VIDEOTAPED DEPOSITION OF SARAH J. HUNTER
17         *VIA REMOTE COUNSEL VIDEOCONFERENCE*
18               FRIDAY, FEBRUARY 5, 2021
19                      VOLUME I
20
21
22   REPORTED BY:
23   MEGAN F. ALVAREZ, RPR, CSR No. 12470
24   JOB NO. 4422375
25   PAGES 1 - 449
```

Page 1

| | | |
|---|---|---|
| 1 | Q.   Was there any particular reason you chose | 14:30:26 |
| 2 | to move to England? | 14:30:29 |
| 3 | A.   It -- I mean, I always wanted to live | 14:30:32 |
| 4 | overseas.  But I think it was just -- it was more of | 14:30:36 |
| 5 | a good job opportunity.  Something good to put on my | 14:30:40 |
| 6 | resume and the experience to get. | 14:30:44 |
| 7 | Q.   Was your plan at the time in 2015 just to | 14:30:45 |
| 8 | go there for a few years and then return to the | 14:30:48 |
| 9 | United States? | 14:30:51 |
| 10 | A.   No.  I actually wanted -- I wanted to | 14:30:51 |
| 11 | stay.  I mean, as you can see from my record, I've | 14:30:54 |
| 12 | moved more than I would like to.  So I wanted | 14:30:56 |
| 13 | something more permanent. | 14:30:59 |
| 14 | Q.   When you first arrived, who was your | 14:31:05 |
| 15 | supervisor? | 14:31:08 |
| 16 | A.   Okay.  So by "supervisor," because we have | 14:31:08 |
| 17 | a lot of them, chain of command, which one do you -- | 14:31:18 |
| 18 | do you mean?  Like program manager?  Team lead? | 14:31:19 |
| 19 | Q.   So let's start with this:  What -- what | 14:31:22 |
| 20 | team did you join when you first arrived in | 14:31:24 |
| 21 | Molesworth in -- in or around April of 2015? | 14:31:26 |
| 22 | A.   So I was on the IDE military team.  But | 14:31:32 |
| 23 | within that, there was the PKK team.  So I was on | 14:31:35 |
| 24 | that team, the PKK team, primarily. | 14:31:45 |
| 25 | Q.   The PKK? | 14:31:48 |

Page 187

```
 1                CERTIFICATE OF REPORTER
 2           I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby
 4   certify:
 5           That the foregoing proceedings were taken
 6   before me at the time and place herein set forth;
 7   that any witnesses in the foregoing proceedings,
 8   prior to testifying, were administered an oath; that
 9   a verbatim record of the proceedings was made by me
10   using machine shorthand, which was thereafter
11   transcribed under my direction; and that the
12   foregoing is an accurate transcription thereof.
13           Further, that if the foregoing pertains to
14   the original transcript of a deposition in a federal
15   case, before completion of the proceedings, review
16   of the transcript [X] was [ ] was not requested.
17           I further certify that I am neither
18   financially interested in the action, nor a relative
19   or employee of any attorney of any party to this
20   action.
21           IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   DATED:  this 11th day of February, 2021
24                    _____
25                    MEGAN F. ALVAREZ   CSR No. 12470, RPR
```

Page 449