# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| SARAH J. HUNTER, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Case No. 2:19-cv-411 |
| | : |
| BOOZ ALLEN HAMILTON INCORPORATED, *et al.*, | : CHIEF JUDGE ALGENON L. MARBLEY |
| | : Magistrate Judge Vascura |
| Defendants. | : |

## ORDER

This matter is before the Court on its July 27, 2022, Order Dismissing Case without Prejudice. (ECF No. 251). The parties recently notified the Court that they have now reached a settlement, so this matter remains closed. Because this case is a class action under Rule 23 of the Federal Rules of Civil Procedure, the parties' settlement must first be approved by the Court. *See* Fed. R. Civ. P. 23(e)(2) (mandating that class action settlements be approved by the court after a hearing is held and the court finds the settlement is "fair, reasonable, and adequate"). Accordingly, the Court **ORDERS** the parties to submit its Joint Motion for Preliminary Approval of the Rule 23 Class Settlement, including its request to certify the class for settlement purposes within **thirty (30) days** from the date of this Order. This Order supersedes its previous Order (ECF No. 251), to the extent it is inconsistent.

**IT IS SO ORDERED.**

CHIEF JUDGE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT

DATED: August 5, 2022